# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-303-S |
| | § | |
| KANDACE SHANELL BENNINGFIELD (1) | § | |

### ORDER ADOPTING FINDINGS, CONCLUSION AND RECOMMENDATION

The Court referred the Petition for Person Under Supervision [ECF No. 5] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Kandace Shanell Benningfield's term of supervised release. *See* Order, ECF No. 15. The Court has received the Findings, Conclusion and Recommendation ("Recommendation") pursuant to its order. *See* ECF 23. Defendant consented to revocation before the Magistrate Judge and waived her right to object to the Recommendation. *See* ECF No. 26. The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months** with no further term of supervised release to follow. The Court recommends that Defendant be allowed to serve her sentence at FMC Carswell, Fort Worth, Texas, or FPC Bryan, Bryan, Texas. Defendant shall report to the institution designated before no later than **2:00 p.m.** on **June 29, 2023.**

**SO ORDERED.**

SIGNED June 9, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**